US District Court
Northern District of Illinois
Eastern Division

FILED
SEP 24 2015
9-24-15 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Laton Stubblefield
　　　Plaintiff

Case # 14-cv-4239

v.

E.R.T. Aguirre et. al.

## Relief From Judgement or Order

Now Comes the Plaintiff Laton Stubblefield Pro-Se Pursuant to Fed R. Civ P. Rule 60 Requesting Relief From Judgment Stating as Follows:

1. Plaintiffs Request is Made through Section (B)(1) of this Rule Excusable Neglect.

2. This Case was dismissed without Prejudice on April 28, 2015, but The Plaintiff didn't Find out this disposition Until Aug 2015 through a Phone Call in another Pending Suit and Confirmed in Copy of docket sheet on 9/2/15.

3. On Dec 22 2014 the Plaintiff was Given Until Jan 30 2015 To Complete and Return USM-285(s) to ~~Reinstate~~ this Court to Serve ~~dismiss~~ the defendants in this now Closed on case.

4. On or about Jan 27th 2015 the Plaintiff Completed, Sealed and Mailed the U.S.M-285 to this Court by Placing them in the Jail Mail box For Pick up.

5. Through no fault of the Plaintiffs own it is obvious now that this Court never received the Completed USM-285 Forms.

6. It should be obvious on the record that the Plaintiff believed this Suit was still pending because on April 29th 2015 Just one day after dismissal The Clerk received and docketed a Motion to appoint Counsel. Then on May 21st 2015 he filed a Change of Address then on June 1st 2015 a Statement.

7. These are all examples of Un-awareness to the dismissal or the Fact this Court never received the USM-285 Forms.

8. The Plaintiff ask this Court to consider the record and at most find excusable neglect.

Wherefore for the above and foregoing reasons the Plaintiff humbly request that this Honorable Court Reinstate this Case and All Claims allow the Plaintiff additional 30 days to Complete and Return the USM-285 Forms and Continue to *see* over Plaintiff 42 USC 1983 Claims and whatever else this Court deems.

Respectfully Submitted
Laton Stubblefield
x _Laton Stubblefield_
A-68717           Pro Se

Box 112
Joliet IL 60434
9/16/15